# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL MYCHAK, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | No.: 09-2194 |
| | : | |
| MARLA WELKER, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this ___10th___ day of May, 2010, upon consideration of Defendant Marla Welker's, Motion for Summary Judgment (Doc. No. 38), the Response of Plaintiffs Samuel Mychak and Samuel Mychak, P.C., (Doc. No. 60), and the Defendant's Reply (Doc. No. 77), it is **HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE